IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TERRANCE BOBBIT,

          Petitioner,          No. CIV S-06-2850 LKK DAD P

    vs.

WARDEN KRAMER, et al.,

          Respondents.      ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed a petition for writ of habeas corpus and has also notified the court that he intends to submit an in forma pauperis application.

        IT IS ORDERED that petitioner shall submit, within thirty days from the date of this order, an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  Failure to comply with this order or request an extension of time to do so may result in a recommendation that this action be dismissed.

DATED: December 22, 2006.

_Dale A. Drozd_
_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13:mp
bobb2850.101a