IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TERRANCE BOBBIT,

    Petitioner,                    No. CIV S-06-2850 LKK DAD P

    vs.

WARDEN KRAMER, et al.,

    Respondents.            ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pursuant to this court's December 22, 2006 order, petitioner has filed a request to proceed in forma pauperis.

        Examination of the affidavit reveals petitioner is unable to afford the costs of this action. Accordingly, leave to proceed in forma pauperis will be granted. 28 U.S.C. § 1915(a).

        The court requires all petitions for writ of habeas corpus be filed on the proper form which is provided by this court. Moreover, the court may limit its review of the petition for relief to the information on the form only and need not consider any memoranda or attachments to the petition. See Rule 2(c), Rules Governing § 2254 Cases.

        Although petitioner has submitted a standard habeas form, petitioner has failed to present his claims and supporting facts on the form. Instead, petitioner refers the court to his

1

attachment.  Petitioner is hereby notified that in order for this court to review his application, he must refile his petition on the proper form.  If petitioner requires additional space, petitioner must continue responses as needed on pages that follow the same format as the form and are clearly linked to the form by page number or question number.  Petitioner is advised that although he may submit a separate memorandum to support his petition for relief, the court's application form must contain all relevant claims, and must provide the court with all necessary information.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner's application to proceed in forma pauperis is granted;

2. Petitioner's application for writ of habeas corpus is dismissed with leave to amend within thirty days from the date of this order;

3. Any amended petition must be filed on the form employed by this court and must state all claims and prayers for relief on the form.  It must bear the case number assigned to this action and must bear the title "Amended Petition"; and

4. The Clerk of the Court is directed to send petitioner the form for habeas corpus application.

DATED: April 11, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
bobb2850.115