IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TERRANCE BOBBIT,

    Petitioner,                      No. CIV S-06-2850 LKK DAD P

    vs.

K.C. KRAMER, et al.,

    Respondents.              ORDER

_____/

        Petitioner, a state prisoner proceeding pro se and in forma pauperis, has filed an amended petition for a writ of habeas corpus pursuant to this court's April 12, 2007 order.

        Petitioner has also filed a motion to hold proceedings in abeyance. Since petitioner may be entitled to relief if the claimed violations of constitutional rights are proved, respondents will be directed to file a response to petitioner's motion to hold proceedings in abeyance.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. The Clerk of the Court shall serve a copy of this order together with a copy of petitioner's May 1, 2007 amended petition for writ of habeas corpus (docket #10) and a copy of petitioner's motion to hold proceedings in abeyance (docket #3) on Michael Patrick Farrell, Senior Assistant Attorney General;

2. Respondents' opposition or statement of non-opposition to petitioner's motion to hold proceedings in abeyance shall be filed and served within thirty days of the date of this order; and

3. Petitioner's reply, if any, shall be filed and served within fifteen days after service of the opposition.

DATED: May 7, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
bobb2850.100mod

2