IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRANCE BOBBIT,<br><br>　　　　　　　Petitioner,<br><br>　　v.<br><br>K.C. KRAMER, et al.,<br><br>　　　　　　　Respondents. | CIV S-06-2850 LKK DAD P<br><br>**ORDER** |

　　　　Respondents have filed a request for extension of time to respond to petitioner's amended application for writ of habeas corpus and motion for stay and abeyance. GOOD CAUSE appearing, IT IS HEREBY ORDERED THAT Respondents' response to petitioner's amended application for writ of habeas corpus and motion for stay and abeyance shall be filed on or before July 7, 2007.

DATED: June 5, 2007.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　DALE A. DROZD
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

/bobb2850.111