IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TERRANCE BOBBIT,

    Petitioner,                    No. CIV S-06-2850 LKK DAD P

    vs.

K.C. KRAMER, Warden,

    Respondent.                ORDER

_____/

        On July 24, 2007, the undersigned issued findings and recommendations, recommending that:

        1. Petitioner's December 18, 2006 motion to hold proceedings in abeyance be granted;

        2. In the event that all of petitioner's unexhausted claims that he wishes to present to this court were not included in his state habeas petition filed on February 26, 2007 with the California Supreme Court, petitioner be ordered to present all unexhausted claims to the California Supreme Court in a state habeas corpus petition to be filed within thirty days from the date of this order,

        3. This action be stayed and the Clerk of the Court be directed to administratively close the case;

1

        4. Petitioner be ordered to file and serve a status report in this case on the first court day of each month; and

        5. Petitioner be ordered to file and serve a motion to lift the stay of this action, along with a proposed second amended petition containing only exhausted claims, within thirty days after petitioner is served with the California Supreme Court's order disposing of the state exhaustion petition.

        The parties are advised that the findings and recommendations were submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within ten days of the date of this order, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Any reply to the objections shall be served and filed within ten days after service of the objections. The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: August 3, 2007.

                                        /s/ Dale A. Drozd
                                        DALE A. DROZD
                                        UNITED STATES MAGISTRATE JUDGE

DAD:9
bobb2850.obj