1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10    TERRANCE BOBBIT,

11            Petitioner,              No. CIV S-06-2850 LKK DAD P

12        vs.

13    K.C. KRAMER, et al.,

14            Respondents.            ORDER

15    _____/

16            On July 24, 2007, this court issued findings and recommendations, recommending

17    that petitioner's motion for stay and abeyance be granted.  On August 17, 2007, petitioner filed a

18    request to withdraw his motion.  Petitioner also submitted a second amended petition that

19    allegedly contains only exhausted and timely claims.  Good cause appearing, the court will grant

20    petitioner's request.  In addition, the court will vacate its July 24, 2007 findings and

21    recommendations, and the case will proceed in accordance with this order.

22            Since petitioner may be entitled to relief if the claimed violation of constitutional

23    rights is proved, respondents will be directed to file a response to petitioner's second amended

24    habeas petition.

25    /////

26    /////

                                   1

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner's August 17, 2007 request to withdraw his motion for stay and abeyance is granted and the motion is stricken;

2. This court's July 24, 2007 findings and recommendations are vacated;

3. Respondents are directed to file a response to petitioner's August 17, 2007 second amended habeas petition within thirty days from the date of this order. See Rule 4, Fed. R. Governing § 2254 Cases. An answer shall be accompanied by all transcripts and other documents relevant to the issues presented in the petition. See Rule 5, Fed. R. Governing § 2254 Cases;

4. If the response to the habeas petition is an answer, petitioner's reply, if any, shall be filed and served within thirty days after service of the answer; and

5. If the response to the habeas petition is a motion, petitioner's opposition or statement of non-opposition to the motion shall be filed and served within thirty days after service of the motion, and respondents' reply, if any, shall be filed and served within fifteen days thereafter.

DATED: September 7, 2007.

_Dale A. Drozd_
_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
bobb2850.100vac

2