IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TERRANCE BOBBIT,** | 2:06-CV-02850 LKK DAD P |
| Petitioner, | **ORDER** |
| v. | |
| **M.C. KRAMER, et al.,** | |
| Respondents. | |

On October 2, 2007, respondents requested an extension of time to file a response to petitioner's second amended petition for writ of habeas corpus. GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT respondents' response to petitioner's second amended petition for writ of habeas corpus shall be filed on or before November 14, 2007.

DATED: October 2, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/bobb2850.111res